COMMONWEALTH of Pennsylvania, Respondent

v.

Eric PAGAN–AFANADOR, Petitioner

No. 86 MAL 2017

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of July, 2017, the Petition for Allowance of Appeal is DENIED.